UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2184

DONALD M. BOYSAW,

                Plaintiff - Appellant,

          v.

MICHAEL FRIEDMAN; HOWARD R. UDELL; PAUL GOLDENHEIM,

                Defendants – Appellees,

          and

PURDUE PHARMA,

                Defendant.

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.   James P. Jones, Chief
District Judge.  (1:07-cv-00079-jpj-pms)

Submitted:  March 26, 2009           Decided:  April 6, 2009

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald M. Boysaw, Appellant Pro Se. Cameron Scott Bell, William
W. Eskridge, PENN, STUART & ESKRIDGE, Abingdon, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald M. Boysaw appeals the district court's order granting Defendants' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boysaw v. Friedman, No. 1:07-cv-00079-jpj-pms (W.D. Va. Sept. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED